IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNECO PIPELINE CORPORATION, ET AL., | )<br>)<br>) |
| Plaintiffs, | ) Civil Action<br>) Case No. 05-cv-00049<br>) Case No. 05-cv-00537 |
| v. | )<br>) Judge Donetta Ambrose |
| DOMINION TRANSMISSION, INC., ET AL., | )<br>)<br>) |
| Defendants. | ) |

### ORDER OF COURT

Pursuant to Rule 62, the Court enters the following Order pursuant to the agreement of the parties:

During the pendency of any appeal from the judgments in the actions, the judgments will be stayed without the necessity for a bond on the following conditions:

a. Penneco Pipeline Corporation ("Penneco") will continue operating the 8 wells drilled on the properties in dispute in a reasonable and prudent manner and will owe the defendants Dominion Exploration & Production, Inc. ("DEPI") and Dominion Transmission, Inc. ("DTI") a fiduciary duty.

b. Penneco will escrow all revenues earned from the 8 wells from July 1, 2007 (exclusive of the landowner royalty, an operating fee of $200 per month per well for Penneco's services in operating the wells and any third party costs necessary to operate and maintain the wells) through the conclusion of the litigation.

c. Penneco may complete the Roman well at its own cost if DEPI and DTI agree to the completion plan and costs.

d. DEPI and DTI will have the right to inspect the operations and to audit Penneco's records related to the wells.

e. Penneco will not drill any additional wells or take any actions to permit new wells under the leases subject to the litigation.

Date: 10/3/07

*Donetta J. Ambrose*
U.S. District Judge